# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151294 & (109)

CITIMORTGAGE, INC.,
      Plaintiff-Appellee/Cross-Appellant,

v

    SC: 151294
    COA: 317422
    Genesee CC: 12-098516-CH

FMM BUSHNELL GREAT LAKES, L.L.C.,
successor in interest to FMM BUSHNELL, L.L.C.,
      Defendant-Appellant/Cross-Appellee,

and

DR. RAMOTSUMI M. MAKHENE and
VELYNDA R. MAKHENE,
      Defendants.
_____/

      On order of the Chief Justice, the stipulation to dismiss both the application for leave to appeal and the cross-application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs to any party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 25, 2015

